

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

DEC 11 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.

    Case No. **CR 24-206 RAW**

CODY RYAN RICHISON,

    *Defendant.*

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### RECEIPT OF CERTAIN MATERIAL INVOLVING THE SEXUAL EXPLOITATION OF A MINOR
### [18 U.S.C. §§ 2252(a)(2) & (b)(1)]

In or about March 2024, in the Eastern District of Oklahoma, the defendant, **CODY RYAN RICHISON**, did knowingly receive and attempt to receive any visual depiction using any means and facility of interstate and foreign commerce and that has been mailed and shipped and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed and so shipped and transported, by any means including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), and said visual depiction was of such sexually explicit conduct, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## FORFEITURE ALLEGATION
[18 U.S.C. § 2253]

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of the violations charged in Count One of this Indictment involving violations of Title 18, United States Code, Sections 2252(a)(2) and (b)(1), the defendant, **CODY RYAN RICHISON**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, any and all of the defendant's right, title and interest in:

   a) any visual depiction described in section 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received;

   b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

   c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

JESSIE K. PIPPIN, OBA # 33905
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY