**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case No.  CR-24-206-RAW |
| CODY RYAN RICHISON, | |
| *Defendant.* | |

## NOTICE OF DISMISSAL

**COMES NOW** the plaintiff, United States of America, by and through United States Attorney Christopher J. Wilson and Jessie K. Pippin, Assistant United States Attorney, and dismisses the Indictment as to the defendant, Cody Ryan Richison, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. This dismissal is in the interest of justice.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/     *Jessie K. Pippin*
Jessie K. Pippin, OBA # 33905
Assistant United States Attorney
520 Denison Avenue
Muskogee, Oklahoma 74401
Telephone: (918) 684-5100
Jessie.Pippin@usdoj.gov

LEAVE GRANTED FOR FILING this 27th day of March, 2026:

RONALD A. WHITE
UNITED STATES DISTRICT JUDGE